WILLIAM E. ADAMS (BAR NO. 153330)
william.adams@saul.com
MARK B. MIZRAHI (BAR NO. 179384)
mark.mizrahi@saul.com
SAUL EWING LLP
1888 Century Park East, Suite 1500
Los Angeles, California 90067
Telephone: (310) 255-6100
Facsimile: (310) 255-6200

*Attorneys for Plaintiff, Tile Tech, Inc.*

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION**

| | |
|---|---|
| TILE TECH, INC., a California corporation,<br><br>Plaintiff,<br><br>vs.<br><br>Skydeck USA, LLC, a Michigan limited liability company; and DOES 1-5, inclusive,<br><br>Defendants. | Case No. 2:26-cv-08734<br><br>**COMPLAINT FOR DAMAGES AND INJUNCTIVE RELIEF FOR FALSE ADVERTISING, TRADE LIBEL, AND OTHER CAUSES**<br><br>**DEMAND FOR JURY TRIAL** |

SAUL EWING LLP
1888 CENTURY PARK EAST, SUITE 1500
LOS ANGELES, CALIFORNIA 90067
(310) 255-6100

SAUL EWING LLP
1888 CENTURY PARK EAST, SUITE 1500
LOS ANGELES, CALIFORNIA 90067
(310) 255-6100

Plaintiff Tile Tech, Inc. alleges as follows:

**JURISDICTION**

1. Because this civil action arises under the Lanham Act, 15 U.S.C. §§ 1051, *et seq.*, and specifically 15 U.S.C. § 1125(a), this Court has jurisdiction pursuant to 15 U.S.C. § 1121 and 28 U.S.C. §§ 1331 and 1338(a).

2. This Court also has diversity jurisdiction over the parties pursuant to 28 U.S.C. § 1332, as complete diversity exists between the parties to the action and the amount in controversy herein exceeds $75,000.

3. This Court has subject matter jurisdiction over Tile Tech's California unfair competition and false advertising claims pursuant to 28 U.S.C. § 1338(b), in that these claims are joined with a substantial related claim under the Lanham Act and this Court also has supplemental jurisdiction over the other state-law claims pursuant to 28 U.S.C. § 1367(a).

4. This Court has personal jurisdiction over Defendants, as, on information and belief, Defendants are doing business in California and this District, including the acts complained of herein, and are subject to the jurisdiction of this Court. On information and belief, defendant Skydeck USA, LLC ("Skydeck") actively offers for sale and sells goods/services competing with Plaintiff's goods/services that are the subject of this action, within the state of California and this District, to California customers. In fact, Skydeck publicly states that sells its products nationwide including by describing California projects to which it supplied goods. By deliberately naming Tile Tech, Inc. in Skydeck's advertising available through Skydeck's interactive website located at www.skydeckusa.com and accessible in California – that contains false and defamatory content relating to Tile Tech – Skydeck attempts to, and on information and belief has succeeded, in diverting current and prospective customers away from Tile Tech, Inc. and to Skydeck, including customers located in California. Indeed, Skydeck routinely distributes commercial advertising directly to persons located in California. On

information and belief, Tile Tech's California customers and prospective customers have been exposed to the challenged advertising.

5. In addition, Skydeck has purposely and willfully directed its false and defamatory statements alleged herein at the State of California, and to customers and consumers located in California and this District, with the knowledge that Tile Tech, Inc. is a California resident and that the actions alleged herein have caused damage and will continue to cause damage within the State of California. By transacting business with customers in California, and by using the goodwill and reputation owned by Tile Tech, Inc. to unfairly compete, in this District, Skydeck has purposely availed itself of the privilege of conducting business in California and this judicial district and has established sufficient contacts with the State of California such that it is subject to the personal jurisdiction of this Court and is amenable to service of process pursuant to California long-arm statute, Cal. Code of Civ. Procedure § 410.10.

SAUL EWING LLP
1888 CENTURY PARK EAST, SUITE 1500
LOS ANGELES, CALIFORNIA 90067
(310) 255-6100

## VENUE

6. Venue in this district is proper pursuant to the provisions of 28 U.S.C. § 1391.

## THE PARTIES

7. Plaintiff Tile Tech, Inc. ("Tile Tech" or "Plaintiff") is a California corporation, with its principal place of business located at 6025 Scott Way, Commerce, CA 90040.

8. On information and belief, defendant Skydeck USA, LLC ("Skydeck") is a Michigan limited liability company with its principal place of business located at 756 Eastridge Dr. NE, Grand Rapids, MI 49525.

9. The true names and capacities of defendants sued herein as DOES 1-5, inclusive, are unknown to Plaintiff, who therefore sues said defendants by such fictitious names. Plaintiff will amend this Complaint to allege their true names and capacities when the same are ascertained. The defendant Skydeck and DOES 1-5

are sometimes collectively referred to herein as "Defendants."

10. Plaintiff is informed and believes and thereupon alleges that at all times relevant herein, and each of the Defendants, were the agents and/or employees of one or more of the other defendants, were acting within the course and scope of said agency and/or employment, and that each defendant has aided and assisted one or more of the other defendants in committing the wrongful acts alleged herein.

11. Plaintiff is informed and believes and thereupon alleges that defendants, and each of them, conspired and agreed among themselves to do the acts complained of herein and were, in doing the acts complained of herein, acting pursuant to said conspiracy, and that each defendant sued herein is jointly and severally responsible and liable to Plaintiff for the damages alleged herein.

## MATERIAL ALLEGATIONS

### Plaintiff's Tile and Decking Business

12. Since 2003, Tile Tech, including through its predecessor entities, has been engaged in the development, production, and sales of pavers and various accessories therefor, including, without limitation, pedestals and trays.

13. Tile Tech is an innovative and highly successful creator, distributor, and seller of pavers and related accessories. Through its extensive advertising and promotion nationwide, together with the quality of its goods and services, Tile Tech has garnered an enviable and national reputation for such goods and services. Indeed, Tile Tech has supplied its pavers and accessories for in excess of 23,000 projects, including numerous world-famous hotels, large commercial and residential building projects, and government projects.

14. Tile Tech devotes extensive time and resources to promoting and preserving its image and identity, and the image and identity of its high-quality products and services. That includes, without limitation, creating distinctive designs and inventions for its products, including by seeking U.S. trademark and patent registrations for its marks and inventions, and by taking all steps necessary to

SAUL EWING LLP
1888 CENTURY PARK EAST, SUITE 1500
LOS ANGELES, CALIFORNIA 90067
(310) 255-6100

preserve and protect its reputation and intellectual property. These steps include regularly policing in the marketplace to determine whether others are infringing Tile Tech's marks or otherwise degrading Tile Tech's goodwill.

**The Defendants and Their Wrongful Conduct**

15. Defendant Skydeck is a direct competitor of Tile Tech in the paver and paver accessory market that is trying to expand its market share in the U.S. market generally and, more specifically, in California.

16. Skydeck at one-time surreptitiously obtained samples of Tile Tech products, feigning to be a potential customer when it intended all along to illegitimately compete with Tile Tech and to target Tile Tech's customers, including those located in California, to increase its market share. Indeed, on information and belief, despite having made the decision to compete with Tile Tech, in 2018, Skydeck requested samples of Tile Tech products, presumably in order to unfairly compete with Tile Tech in the marketplace and through which it gained strong familiarity with Tile Tech's products.

17. Unfortunately, rather than relying on the quality of its products and hard work to increase its market share, Defendant Skydeck, chose instead to mischaracterize and malign Plaintiff's products and services in connection with the sale of its goods. That, however, is not a permitted means of competition.

18. By way of example only, and without limitation, Tile Tech is presently aware that Defendants published a comparative advertising page on Skydeck's website located at <wwww.skydeckusa.com> and attached hereto as **Exhibit 1** (the "Initial Comparative Ad"), containing the following material false and/or misleading statements in interstate commerce:

a. that Tile Tech only offers "a partially-adjustable pedestal system that is used with pvc pipe";

SAUL EWING LLP
1888 CENTURY PARK EAST, SUITE 1500
LOS ANGELES, CALIFORNIA 90067
(310) 255-6100

SAUL EWING LLP
1888 CENTURY PARK EAST, SUITE 1500
LOS ANGELES, CALIFORNIA 90067
(310) 255-6100

b. that Tile Tech's lead time is "Typically 6–8 weeks, sometimes longer for custom items" and has "longer lead times" than Skydeck and other competitors;

c. that Tile Tech only offers a "5-year limited warranty (manufacturing defects only)";

d. that "Tile Tech…receive[s] mixed feedback due to transparency and service issues";

e. Tile Tech's service suffers from "customer service issues and fulfillment delays"; and

f. that Skydeck categorically extends a 5-year warranty for its products, despite extending only 3-year warranty for some of its products, *e.g.*, its Roof Pedestal Wood Tile System.

19. On October 17, 2025, upon discovering these false and misleading representations, Tile Tech sent a demand letter to Skydeck informing Skydeck of its false statements and demanding, among other things, that they be retracted.

20. Thereafter, Skydeck revised the Initial Comparative Ad and published an amended comparative advertising page on its website located at <wwww.skydeckusa.com> and attached hereto as **<u>Exhibit 2</u>** (the "Second Comparative Ad") containing the following material false and/or misleading statements in interstate commerce:

a. that Tile Tech only offers "a partially-adjustable pedestal systems that is used with pvc pipe";

b. that Tile Tech's "Lead Time[]" is "6-8 weeks";

c. that Tile Tech "has mixed reviews on customer service and lead times" and has "potential service issues and possible longer lead times require planning";

d. that Tile Tech only offers a "5-year limited warranty (manufacturing defects only)"; and

SAUL EWING LLP
1888 CENTURY PARK EAST, SUITE 1500
LOS ANGELES, CALIFORNIA 90067
(310) 255-6100

e. that Skydeck categorically extends a 5-year warranty for its products, despite extending only 3-year warranty for some of its products, *e.g.*, its Roof Pedestal Wood Tile System.

21. The false/misleading advertising statements made in the Initial Comparative Ad and Second Comparative Ad (collectively, the "Comparative Ads") are calculated by Defendants to illegitimately influence potential customers' purchasing decisions – all to Tile Tech's (and the public's) detriment. By way of example only, the Comparative Ads are already appearing when conducting broad recommendation searches on Google or other search engines. Such search results are particularly damaging because an AI engine answering a prompt such as "What are the best rooftop pedestal systems?" will retrieve Skydeck's comparison page and learn about Tile Tech through Skydeck's mischaracterization of Tile Tech, rather than from Tile Tech's own evidence.

22. Defendants made the statements in the Comparative Ads despite knowing full well that they were libelous, false and/or deceptively misleading. In addition, Defendants made these statements with the intent to damage Tile Tech's professional reputation and to disrupt and interfere with existing business relationships with its customers, and to divert Tile Tech's current and prospective customers away from Tile Tech and to Skydeck.

23. Making matters worse, Plaintiff is informed and believes that at various times Defendants have utilized photographs of various pavers from Plaintiff's supplier on the <SkydeckUSA.com> website, despite the fact that, during those periods, Defendants did not source those pavers from Plaintiff's supplier, further misleading the public.

24. As a result, Tile Tech has suffered, and will continue to suffer harm, by, for example, lessening of the good will associated with Tile Tech's products, including damages well in excess of $75,000 exclusive of interest and costs.

SAUL EWING LLP
1888 CENTURY PARK EAST, SUITE 1500
LOS ANGELES, CALIFORNIA 90067
(310) 255-6100

## FIRST CLAIM FOR RELIEF

**(False Advertising – Violation of 15 U.S.C. § 1125(a)**

(Against All Defendants)

25. Tile Tech repeats and re-alleges each and every allegation of paragraphs 1 through 24 as though fully set forth herein.

26. Defendants engaged in commercial advertising in interstate commerce across the United States, including in connection with the Comparative Ads appearing on Skydeck's nationally accessible website located at <skydeckusa.com>.

27. Defendants' advertisements made in commercial advertising and/or promotion contain false and misleading statements of fact concerning Tile Tech's goods and commercial activities, in violation of Section 43(a) of the Lanham Act, 15 U.S.C. § 1125(a). Those representations are material; they are likely to influence the purchasing decision of a substantial number of reasonable consumers; those misrepresentations actually deceive or, at a minimum, have the tendency to deceive a substantial segment of the reasonable consumer audience; and, Tile Tech has been injured, and in the future is likely to continue to be injured, as a result of the misrepresentations, by the direct diversion of customers from Tile Tech to Defendants and/or by a lessening of the goodwill associated with Tile Tech's goods and services.

28. As a direct and proximate result, Tile Tech has suffered injury and harm and will continue to suffer such harm, including money damages, the exact amount of which Tile Tech will prove at trial.

29. Tile Tech is informed and believes that Defendants' false and misleading advertising is willful.

30. Tile Tech has no adequate remedy at law with respect to Defendants' future false and misleading commercial advertising precisely because Tile Tech is informed and believes that Defendants will continue in their same course of conduct unless and until they have been restrained by an order of this Court.

SAUL EWING LLP
1888 CENTURY PARK EAST, SUITE 1500
LOS ANGELES, CALIFORNIA 90067
(310) 255-6100

## SECOND CLAIM FOR RELIEF

**(Violation of California Business and Professions Code §17500)**

(Against All Defendants)

31. Tile Tech repeats and re-alleges each and every allegation of paragraphs 1 through 24 and 27 as though fully set forth herein.

32. Defendants' conduct constitutes false advertising pursuant to the provisions of Business & Professions Code § 17500.

33. As a direct and proximate result, Tile Tech has suffered injury and harm and will continue to suffer injury and harm by the direct diversion of customers from Tile Tech to Defendants and/or by a lessening of the goodwill associated with Tile Tech's goods and services.

34. Tile Tech has no adequate remedy at law with respect to Defendants' future false and misleading commercial advertising precisely because Tile Tech is informed and believes that Defendants will continue in their same course of conduct unless and until they have been restrained by an order of this Court.

## THIRD CLAIM FOR RELIEF

**(California Common Law Unfair Competition)**

(Against All Defendants)

35. Tile Tech repeats and re-alleges each and every allegation of paragraphs 1 through 24 and 27 as though fully set forth herein.

36. This claim arises under the common law of the State of California relating to unfair competition.

37. Defendants' unauthorized activities as alleged herein constitute unfair competition, and are likely to illegitimately harm Tile Tech's competitive position in the marketplace.

38. Defendants have thus committed unfair competition under the common law of the State of California.

39. Upon information and belief, said activities of Defendants alleged

herein were and are willful and intentional acts of unfair competition.

40. As a direct and proximate result, Tile Tech has suffered injury and harm and will continue to suffer such harm, including money damages, the amount of which Tile Tech will prove at trial.

41. Tile Tech has no adequate remedy at law. Thus, said activities of Defendants have caused and, if not enjoined, will continue to cause irreparable harm and damage to the rights of Tile Tech in its business reputation and good will.

42. Upon information and belief, Defendants have engaged in their unlawful conduct alleged herein intentionally, maliciously, fraudulently and oppressively, entitling Tile Tech to punitive and exemplary damages in an amount to be determined at trial.

**FOURTH CLAIM FOR RELIEF**

**(Trade Libel)**

(Against All Defendants)

43. Tile Tech repeats and re-alleges each and every allegation of paragraphs 1 through 24 as though fully set forth herein.

44. By virtue of Defendants' false and misleading statements as set forth above, including those statements made in the Comparative Ads, Defendants have engaged in the intentional disparagement of Tile Tech.

45. As a direct and proximate result of all of Defendants' false and misleading statements as set forth above, which disparaged and continued to disparage Tile Tech's reputation, Tile Tech has suffered monetary damages in an amount presently unknown, which will be proved at trial.

46. Defendants' conduct constitutes an intentional misrepresentation and false, defamatory statements, all with the intention of causing injury to Tile Tech, and is oppressive, fraudulent and malicious conduct as defined in California Civil Code §3294. Accordingly, Tile Tech should recover, in addition to its actual damages, exemplary and punitive damages according to proof.

SAUL EWING LLP
1888 CENTURY PARK EAST, SUITE 1500
LOS ANGELES, CALIFORNIA 90067
(310) 255-6100

SAUL EWING LLP
1888 CENTURY PARK EAST, SUITE 1500
LOS ANGELES, CALIFORNIA 90067
(310) 255-6100

**<u>FIFTH CLAIM FOR RELIEF</u>**

**(Negligent Interference with Economic Advantage)**

(Against All Defendants)

47. Tile Tech repeats and re-alleges each and every allegation of paragraphs 1 through 24 as though fully set forth herein.

48. In light of Tile Tech's long-standing and ongoing sales made to various customers nationwide that have had access to and have viewed the Comparative Ads, Tile Tech has continuing economic relationships with such Tile Tech clients containing the probability of future economic benefit to Tile Tech.

49. Defendants were well aware of the existence of the afore-described relationships.

50. Defendants' afore-alleged intentional acts, including, without limitation, the publishing of the Comparative Ads, were designed to disrupt, and on information and belief did disrupt, Tile Tech's economic relationships with Tile Tech's customers. The likelihood of disruption was inevitable and calculated, and therefore foreseeable.

51. As a direct and proximate result, Tile Tech has suffered injury and harm in an amount to be proven at trial.

52. Upon information and belief, Defendants have engaged in their unlawful conduct alleged herein intentionally, maliciously, fraudulently and oppressively, entitling Tile Tech to punitive and exemplary damages in an amount to be determined at trial.

**<u>SIXTH CLAIM FOR RELIEF</u>**

**(California Statutory Unfair Competition –**

**California Bus. & Prof. Code § 17200, *et seq.)***

(Against All Defendants)

53. Tile Tech repeats and re-alleges each and every allegation of the preceding paragraphs 1 through 23, 26, 27, 32, 37-39, 44 and 48-50 as though fully

SAUL EWING LLP
1888 CENTURY PARK EAST, SUITE 1500
LOS ANGELES, CALIFORNIA 90067
(310) 255-6100

set forth herein.

54. By reason of the foregoing, and other such activities, including, without limitation, false/misleading statements made as to other competitors in the Comparative Ads, Defendants have been, and are, engaged in "unlawful, unfair or fraudulent business act[s] or practice[s]" and/or "unfair, deceptive, untrue or misleading advertising" in violation of California Business and Professions Code Section 17200 *et seq*.

55. Thus, said activities of Defendants have caused and, if not enjoined, will continue to cause irreparable harm and damage to the rights of Tile Tech in its business reputation and good will and to the public at large. Defendants' acts have damaged and will continue to damage Tile Tech in the public irreparably. Tile Tech has no adequate remedy at law for these wrongs and injuries. The damage to Tile Tech includes harm to its goodwill and reputation in the marketplace that money alone cannot compensate. Accordingly, Tile Tech is entitled to a preliminary and permanent injunction restraining and enjoining Defendants and their agents, servants, and employees, and all persons acting thereunder, in concert with, or on their behalf, from continuing to violate Tile Tech's rights as alleged in from damaging the public. Tile Tech is further entitled to recover its costs and, in accordance with Cal. Code of Civ. P. § 1021.5, attorneys' fees incurred in bringing and prosecuting this action.

## **PRAYER FOR RELIEF**

WHEREFORE, Plaintiff prays for relief against Defendants as follows:

1. For entry of judgment in favor of on all counts in this Complaint;

2. A judicial determination that the following assertions are false and/or deceptively misleading: (a) that Tile Tech only offers "a partially-adjustable pedestal system that is used with pvc pipe"; (b) that Tile Tech's lead time is "Typically 6–8 weeks," "sometimes longer for custom items" and has "longer lead times" than Skydeck and other competitors; (c) that Tile Tech only offers a "5-year

SAUL EWING LLP
1888 CENTURY PARK EAST, SUITE 1500
LOS ANGELES, CALIFORNIA 90067
(310) 255-6100

limited warranty (manufacturing defects only)"; (d) that "Tile Tech…receive[s] mixed feedback due to transparency and service issues"; (e) that Tile Tech's service suffers from "customer service issues and fulfillment delays"; (f) that Tile Tech receives "mixed feedback with some customers reporting long lead times or delays in product fulfillment," suffers from "potential service issues and possible longer lead times require planning," and receives "mixed reviews on customer service and lead times"; (g) that Skydeck categorically extends a 5-year warranty for its products, despite extending only 3-year warranty for some of its products.; and (h) for such ancillary orders and decrees as may be necessary to implement, effectuate, carry out, and enforce said judicial determinations;

3. For a finding that Defendants' conduct constitutes an exceptional case, such that Tile Tech is entitled to an award of attorneys' fees, costs and expenses;

4. Preliminary and permanently enjoin and restrain Defendants, their agents, servants, employees, successors, licensees, subsidiaries, transferees, representatives, and assignees, and all those in active concert or participation with them, from:

a. Claiming that Tile Tech only offers "a partially-adjustable pedestal system that is used with pvc pipe";

b. Claiming that Tile Tech's lead time is "Typically 6–8 weeks," "sometimes longer for custom items" and has "longer lead times" than Skydeck and other competitors;

c. Claiming that Tile Tech only offers a "5-year limited warranty (manufacturing defects only)";

d. Claiming that "Tile Tech…receive[s] mixed feedback due to transparency and service issues";

e. Claiming that Tile Tech's service suffers from "customer service issues and fulfillment delays";

f. Claiming that Tile Tech receives "mixed feedback with some

SAUL EWING LLP
1888 CENTURY PARK EAST, SUITE 1500
LOS ANGELES, CALIFORNIA 90067
(310) 255-6100

customers reporting long lead times or delays in product fulfillment," suffers from "potential service issues and possible longer lead times require planning," and receives "mixed reviews on customer service and lead times";

g. Claiming that Skydeck categorically extends a 5-year warranty for its products, despite extending only 3-year warranty for some of its products;

h. Unfairly competing with Tile Tech;

i. Interfering with Tile Tech's business or its relationships with its customers, clients or prospective customers or clients; and

j. Making false, misleading and/or disparaging statements or comments to anyone regarding Tile Tech or any of its products, services, employees, officers, or principals, including, without limitation, stating or suggesting to Tile Tech's clients or members of the public that Tile Tech goods/services are inferior to Defendants;

5. Adjudge that each of the Defendants, by virtue of the deceptive, wrongful, false and/or misleading statements and actions, have violated Tile Tech's rights under 15 U.S.C. § 1125(a)(1)(B), under California state law, under common law, and that they have done so willfully and for the purpose of violating Tile Tech's rights and damaging Tile Tech's goodwill and reputation;

6. That Defendants be directed to file with the Court and serve on Plaintiff, within thirty (30) days after entry of a final injunction, a report in writing under oath setting forth in detail the manner and form in which Defendants have complied with the injunction;

7. Direct Defendants to pay Plaintiff's attorneys' fees and costs incurred in initiating and prosecuting this action;

8. For general and specific damages according to proof at time of trial;

9. For interest as allowed by law;

10. For permanent injunctive relief against Defendants pursuant to 15 U.S.C. §1116, California Business Professions Code § 17203, and the common law;

11. For the recovery of Defendants' illegal and unjust profits;

12. For three times Tile Tech's actual money damages;

13. Direct Defendants to pay the costs of corrective advertising;

14. Direct Defendants to pay punitive damages and exemplary damages according to proof; and

15. For such other and further relief as this Court may deem just and proper.

DATED: August 6, 2026 SAUL EWING LLP

By: */s/ Mark B. Mizrahi*
MARK B. MIZRAHI
WILLIAM E. ADAMS
Attorneys for Plaintiff, Tile Tech, Inc.

SAUL EWING LLP
1888 CENTURY PARK EAST, SUITE 1500
LOS ANGELES, CALIFORNIA 90067
(310) 255-6100

**DEMAND FOR JURY TRIAL**

Plaintiff hereby demands and requests a trial by jury of all issues raised that are triable by jury

DATED: August 6, 2026 SAUL EWING LLP

By: */s/ Mark B. Mizrahi*
MARK B. MIZRAHI
WILLIAM E. ADAMS
Attorneys for Plaintiff, Tile Tech, Inc.

# EXHIBIT 1

SAUL EWING LLP
1888 CENTURY PARK EAST, SUITE 1500
LOS ANGELES, CALIFORNIA 90067
(310) 255-6100



Click for Quick Pedestal Calculator info@skydeckusa.com 𝕏

0

# BLOG

## Table Of Contents


1. What Products Do These Brands Offer?
2. Which Pedestal Paver System Has the Best Quality?
3. How Fast Are Lead Times for Rooftop Deck Pavers?
4. What's the Cost of a Pedestal Paver System?
5. Which Rooftop Paver Brand Offers the Best Warranty?
6. Customer Satisfaction: What Do Contractors and Installers Say?
7. Pedestal Paver System Comparison Table
8. Which Brand Is Right for Your Rooftop Project?
9. FAQs About Pedestal Paver Systems
10. Summary & Key Takeaways


# Tile Tech, Hanover, Bison & Skydeck USA: Comparing 4 Pedestal Paver Systems

Sep 15, 2025 | Cori Eagan

# rooftop deck guide

Read Time: 5 minutes

If you're planning a rooftop deck or terrace, you're probably looking for a pedestal paver system that can handle the job with strength, style, and reliability. With so many brands out there, it's not always easy to know which one truly fits your project's needs, especially when timelines, warranties, and costs vary so much. Whether you're an architect looking for design flexibility, a contractor focused on durability, or an installer needing quick lead times, making the right choice matters.

In this blog, we break down the four big names in the industry—**Tile Tech, Hanover, Bison, and Skydeck USA**—so you can compare them side by side and feel confident moving forward.




## 1. What Products Do These Brands Offer?

**Tile Tech** offers porcelain pavers (terrazzo, slate, wood-look, earth tone), Ipe wood tiles, turf trays, green roof trays and a snow melt system. They also have a partially-adjustable pedestal system that is used with pvc pipe.

**Hanover** is best known for its rooftop-ready concrete pavers as well as Prest® Brick and Prest® Pavers, permeable and asphalt units, and porcelain tiles through Optimum Surfaces. They also offer the Guardian® pedestal system for high-wind conditions.

**Bison** specializes in adjustable pedestal systems (Versadjust, Level.It, ScrewJack), plus 2 cm porcelain pavers, FSC-certified wood tiles, decking accessories, trays, and planters.

**Skydeck USA** offers concrete and porcelain pavers, Ipe wood tiles, turf-on-grate systems, a snow melt system and a full line adjustable pedestals with accessories for slope correction, bracing and perimeter detailing.

## 2. Which Pedestal Paver System Has the Best Quality?

**Tile Tech** products are durable but receive mixed feedback due to transparency and service issues.

**Hanover** earns praise for professionalism, reliability, and custom blends.

**Bison** systems meet ASTM/ISO standards and ICC-ES certifications, trusted for large-scale commercial jobs.

**Skydeck USA** is valued by installers for simplicity, excellent customer service and durability across residential and commercial projects.

## 3. How Fast Are Lead Times for Rooftop Deck Pavers?

**Tile Tech**: Typically 6–8 weeks, sometimes longer for custom items.

**Hanover**: Faster for stock items, longer for custom colors/textures.

**Bison**: Average 4–6 weeks via distributors.

**Skydeck USA**: Usually 1-2 weeks, faster than most competitors.

## 4. What's the Cost of a Pedestal Paver System?

**Tile Tech**: Competitively priced, some products factory-direct.

**Hanover**: Premium-priced due to custom blends and textures.

**Bison**: Mid-to-high range, tout US made products

**Skydeck USA**: Competitive pricing, single sourcing.

## 5. Which Rooftop Paver Brand Offers the Best Warranty?

**Tile Tech**: 5-year limited warranty (manufacturing defects only).

**Hanover**: Replacement/refund case-by-case; no published term.

**Bison**: 5-year limited warranty, extendable with roofing partners.

**Skydeck USA**: 5-year limited warranty, extendable at a cost.

## 6. Customer Satisfaction: What Do Contractors and Installers Say?

**Tile Tech**: Attractive product selection but customer service issues and fulfillment delays.

**Hanover**: Strong reputation for reliability and consistency.

**Bison**: Trusted by professionals, though less consumer-facing feedback due to distributor sales model.

**Skydeck USA**: Responsive service, fast turnaround and the ability to quote mixed-surface projects (paver, turf, wood) from a single supplier.

## 7. Pedestal Paver System Comparison Table

| Feature | Tile Tech | Hanover | Bison | Skydeck USA |
|---|---|---|---|---|
| **Product Range** | Porcelain, Ipe wood, turf trays, green roofs, snow melt | Concrete, Prest®, permeable, porcelain | Porcelain (2cm), FSC wood, trays, planters, pedestals | Concrete, porcelain, Ipe, turf-on-grate, pedestal system |
| **Pedestal Systems** | Hybrid with PVC pipe | Guardian® Pedestal System | Versadjust, Level.It, ScrewJack | SkyJack fully adjustable pedestals |
| **Quality & Testing** | Durable but mixed reviews | Reliable, professional-grade | ASTM/ISO/ICC-ES certified | Installer-friendly, commercial grade |
| **Lead Times** | 6–8 weeks | Stock fast, custom slower | 4–6 weeks avg. | 1–2 weeks typical |
| **Pricing** | Cost-effective on many products | Premium | Mid to high | Cost-effective, competitive bundled systems |
| **Warranty** | 5-year limited | Case-by-case | 5-year limited, extendable | 5-year limited, extendable |
| **Customer Feedback** | Mixed; product good, service slow | High satisfaction in AEC | Trusted industry-wide | Praised for service, drawings, fast fulfillment |

| Feature | Tile Tech | Hanover | Bison | Skydeck USA |
|---|---|---|---|---|
| **Best For** | Budget-conscious with design variety | Custom architectural-grade builds | Modular commercial rooftops | Consultative service, fast turnaround, full-system sourcing |

## 8. Which Brand Is Right for Your Rooftop Project?

- **Choose Tile Tech** if you want wide design flexibility at a competitive price, but can accommodate longer lead times.
- **Choose Hanover** if your project demands premium finishes and you're working with architects who need custom blends.
- **Choose Bison** if you need modular, code-certified pedestal systems for large commercial rooftops.
- **Choose Skydeck USA** if you want fast lead times, installer-friendly accessories, and the ability to handle mixed-surface projects (pavers, turf, wood) with one system.

## 9. FAQs About Pedestal Paver Systems

**Q1: What pedestal paver system has the best lead time?**
A: Skydeck USA typically ships in 1–2 weeks, the fastest among the four. Hanover and Bison average 4–6 weeks, while Tile Tech may take 6–8 weeks or longer.

**Q2: Which brand offers the most porcelain paver finish options?**
A: Tile Tech. However, Bison, Hanover and Skydeck USA offer broad porcelain and concrete design ranges.

**Q3: Are these pedestal systems tested to building codes?**
A: Yes. Bison, Tile Tech, Hanover and Skydeck USA systems all meet commercial-grade testing standards.

**Q4: Who has the best warranty coverage for pedestal pavers?**
A: Tile Tech, Bison and Skydeck USA all provide 5-year coverage, while Hanover handles warranties case by case.

**Q5: How hard is it to install a paver pedestal system?**
A: Fully adjustable pedestal systems like Hanover, Bison and Skydeck tend to be easier to install than systems that require PVC pipe to be cut to size to build each pedestal.

## 10. Summary & Key Takeaways

- **Tile Tech**: Budget-friendly and design-flexible, but service issues and longer lead times require planning.

- **Hanover**: The go-to choice for architects needing premium finishes and custom aggregate blends.
- **Bison**: Ideal for commercial-scale projects where tested, modular pedestal systems are required.
- **Skydeck USA**: The most versatile option for contractors and installers, with fast fulfillment and strong customer service.

Wondering why you would use a paver pedestal system to create a rooftop patio? Refer to our YouTube video entitled – Why Use Pedestals to Create a Rooftop Patio to learn more.

This guide helps you decide which pedestal paver system works best for your rooftop deck project. Whether you need speed, customization, or commercial-grade durability—there's a solution for your needs.

---

← A Guide to Pedestal Accessories and When to Use Each One

Ipe wood: How to Fix Stains, Scratches, or Checking in 3 simple steps →

# EXHIBIT 2

SAUL EWING LLP
1888 CENTURY PARK EAST, SUITE 1500
LOS ANGELES, CALIFORNIA 90067
(310) 255-6100






# Tile Tech, Hanover, Bison & Skydeck USA: Comparing 4 Pedestal Paver Systems

Sep 15, 2025 | Cori Eagan

**Article Sections** +

## rooftop deck guide

Read Time: 5 minutes

If you're planning a rooftop deck or terrace, you're probably looking for a pedestal paver system that can handle the job with strength, style, and reliability. With so many brands out there, it's not always easy to know which one truly fits your project's needs, especially when timelines, warranties, and

costs vary so much. Whether you're an architect looking for design flexibility, a contractor focused on durability, or an installer needing quick lead times, making the right choice matters.

In this blog, we break down the four big names in the industry—**Tile Tech, Hanover, Bison, and Skydeck USA**—so you can compare them side by side and feel confident moving forward.




## 1. What Products Do These Brands Offer?

**Tile Tech** offers a wide variety of porcelain pavers, Ipe wood tiles, turf trays, green roof trays and a snow melt system. They also have a partially-adjustable pedestal system that is used with pvc pipe. (https:// tiletechpavers.com/#)

**Hanover** is best known for its rooftop-ready concrete pavers as well as Prest® Brick and Prest® Pavers, permeable and asphalt units, and porcelain tiles through Optimum Surfaces. They also offer the Guardian® pedestal system for high-wind conditions. (https://hanoverpavers.com /all-products/)

**Bison** specializes in adjustable pedestal systems (Versadjust, Level.It, ScrewJack), plus 2 cm porcelain pavers, FSC-certified wood tiles, decking accessories, trays, and planters. (https:// www.bisonip.com/products/)

**Skydeck USA** offers concrete and porcelain pavers, Ipe wood tiles, turf-on-grate systems, a snow melt system and a full line adjustable pedestals with accessories for slope correction, bracing and perimeter detailing. (https://skydeckusa.com/products/)

## 2. Which Pedestal Paver System Has the Best Quality?

**Tile Tech** porcelain pavers are durable, sourced from a reputable Italian manufacturer with a wide variety of colors. (See Kronos USA and Tile Tech Pavers websites for more information)

**Hanover** earns praise for professionalism, reliability, and high quality custom concrete blends in the widest variety of sizes (See Hanover Architectural Products website for more information)

**Bison** systems meet ASTM/ISO standards and ICC-ES certifications, trusted for large-scale commercial jobs (See Bison Innovative Products website for more information)

**Skydeck USA** is valued by installers for simplicity, excellent customer service and durability across residential and commercial projects. (See skydeck usa website for more information)

## 3. How Fast Are Lead Times for Rooftop Deck Pavers?

**Tile Tech**: Mixed feedback with some customers reporting long lead times or delays in product fulfillment. (Customer Feedback, Terms & Conditions)

**Hanover**: Fast lead time for stock items, longer for custom colors/textures. (Reach out to their customer service for exact lead times)

**Bison**: Since they sell through many distributor channels, lead time can vary significantly from one supplier to another. (eg – Home Depot website)

**Skydeck USA**: Usually 1-2 weeks, faster than most competitors.

## 4. What's the Cost of a Pedestal Paver System?

**Tile Tech**: Competitively priced on many products based on consumer reviews.

**Hanover**: Premium-priced due to custom blends and textures.

**Bison**: Mid-to-high range, tout US made products. Prices vary by supplier.

**Skydeck USA**: Competitive pricing, single sourcing.

## 5. Which Rooftop Paver Brand Offers the Best Warranty?

**Skydeck USA** offers concrete and porcelain pavers, Ipe wood tiles, turf-on-grate systems, a snow melt system and a full line adjustable pedestals with accessories for slope correction, bracing and perimeter detailing. (https://skydeckusa.com/products/)

## 2. Which Pedestal Paver System Has the Best Quality?

**Tile Tech** porcelain pavers are durable, sourced from a reputable Italian manufacturer with a wide variety of colors. (See Kronos USA and Tile Tech Pavers websites for more information)

**Hanover** earns praise for professionalism, reliability, and high quality custom concrete blends in the widest variety of sizes (See Hanover Architectural Products website for more information)

**Bison** systems meet ASTM/ISO standards and ICC-ES certifications, trusted for large-scale commercial jobs (See Bison Innovative Products website for more information)

**Skydeck USA** is valued by installers for simplicity, excellent customer service and durability across residential and commercial projects. (See skydeck usa website for more information)

## 3. How Fast Are Lead Times for Rooftop Deck Pavers?

**Tile Tech**: Mixed feedback with some customers reporting long lead times or delays in product fulfillment. (Customer Feedback, Terms & Conditions)

**Hanover**: Fast lead time for stock items, longer for custom colors/textures. (Reach out to their customer service for exact lead times)

**Bison**: Since they sell through many distributor channels, lead time can vary significantly from one supplier to another. (eg – Home Depot website)

**Skydeck USA**: Usually 1-2 weeks, faster than most competitors.

## 4. What's the Cost of a Pedestal Paver System?

**Tile Tech**: Competitively priced on many products based on consumer reviews.

**Hanover**: Premium-priced due to custom blends and textures.

**Bison**: Mid-to-high range, tout US made products. Prices vary by supplier.

**Skydeck USA**: Competitive pricing, single sourcing.

## 5. Which Rooftop Paver Brand Offers the Best Warranty?

**Tile Tech**: 5-year limited warranty (manufacturing defects only). (https:// www.tiletechpavers.com/ Warranty.pdf)

**Hanover**: Replacement/refund case-by-case; no published term. (https:// hanoverpavers.com/ terms-and-conditions/)

**Bison**: 5-year limited warranty, extendable with roofing partners. (https:// gstile.com/wp-content/uploads/2020/06/ bisonip-levelitspecification-mar2021.pdf?)

**Skydeck USA**: 5-year limited warranty, extendable at a cost.

## 6. Customer Satisfaction: What Do Contractors and Installers Say?

**Tile Tech**: Customers mention attractive product selection but has mixed reviews on customer service and lead times (See Tile Tech Reviews)

**Hanover Architectural Products**: Strong reputation for reliability and consistency. (See Hanover Reviews)

**Bison**: Trusted by professionals, though less consumer-facing feedback due to distributor sales model. (See Bison Reviews)

**Skydeck USA**: Responsive service, fast turnaround and the ability to quote mixed-surface projects (paver, turf, wood) from a single supplier. (See Skydeck Reviews)

## 7. Pedestal Paver System Comparison Table

| Feature | Tile Tech | Hanover | Bison | Skydeck USA |
|---|---|---|---|---|
| **Product Range** | Porcelain, Ipe wood, turf trays, green roofs, snow melt | Concrete pavers, porcelain, trays | Porcelain, FSC wood tiles, trays, planters | Concrete, porcelain, Ipe, turf-on-grate, green roofs, snow melt system |
| **Pedestal Systems** | Hybrid with PVC pipe (https://tiletechpavers.com/ products/ adjustable- | Elevator and Guardian® Pedestal System | Versadjust, Level.It, ScrewJack | SkyJack® fully adjustable pedestals |

| Feature | Tile Tech | Hanover | Bison | Skydeck USA |
|---|---|---|---|---|
| | pedestals-hybrid/) | | | |
| **Quality & Testing** | Durable, attractive products | Reliable, professional-grade | ASTM/ISO/ICC-ES certified | Installer-friendly, commercial grade |
| **Lead Times** | 6–8 weeks | Stock fast, custom slower | 4–6 weeks avg. | 1–2 weeks typical |
| **Pricing** | Cost-effective on many products | Mid Range to Premium | Mid to high | Cost-effective, competitive bundled systems |
| **Warranty** | 5-year limited | Case-by-case | 5-year limited, extendable | 5-year limited, extendable |
| **Customer Feedback** | product good, mixed reviews on service and lead time | High satisfaction in AEC | Trusted industry-wide | Praised for service, product selection, fast fulfillment |
| **Best For** | Budget-conscious with design variety | Custom architectural-grade builds | Modular commercial rooftops | Consultative service, fast turnaround, full-system sourcing |

## 8. Which Brand Is Right for Your Rooftop Project?

- **Choose Tile Tech** if you want design flexibility at a competitive price.
- **Choose Hanover** if your project demands premium finishes and you're working with architects who need custom blends.
- **Choose Bison** if you need modular, code-certified paver pedestal systems for commercial or residential rooftops.
- **Choose Skydeck USA** if you want fast lead times, installer-friendly products, and great service from a single source.

## 9. FAQs About Pedestal Paver Systems

**Q1: What pedestal paver system has the best lead time?**
A: Skydeck USA typically ships in 1–2 weeks, the fastest among the four. Hanover and Bison vary depending on stock items or custom products, while Tile Tech may take longer according to customer reviews.

**Q2: Which brand offers the most porcelain paver finish options?**
A: Tile Tech. However, Bison, Hanover and Skydeck USA offer broad porcelain and concrete design ranges.

**Q3: Are these pedestal systems tested to building codes?**
A: Yes. Bison, Tile Tech, Hanover and Skydeck USA systems all meet commercial-grade testing standards.

**Q4: Who has the best warranty coverage for pedestal pavers?**
A: Tile Tech, Bison and Skydeck USA all provide 5-year coverage, while Hanover appears to handle warranties case by case.

**Q5: How hard is it to install a paver pedestal system?**
A: Many customers find pedestal systems surprisingly easy to install. Customers report that fully adjustable pedestal systems like Hanover, Bison and Skydeck tend to be easier to install than systems that require PVC pipe to be cut to size to build each pedestal. (*See reviews of each system linked above for more information)

## 10. Summary & Key Takeaways

- **Tile Tech**: Budget-friendly and design-flexible, but potential service issues and possible longer lead times require planning. (See customer feedback for more information)
- **Hanover**: The go-to choice for architects needing premium finishes and custom aggregate blends.
- **Bison**: Ideal for commercial-scale projects where tested, modular pedestal systems are required.
- **Skydeck USA**: The most versatile option for contractors and installers, with fast fulfillment and strong customer service.

Wondering why you would use a paver pedestal system to create a rooftop patio? Refer to our YouTube video entitled – Why Use Pedestals to Create a Rooftop Patio to learn more.

This guide helps you decide which pedestal paver system works best for your rooftop deck project. Whether you need speed, customization, or commercial-grade durability—there's a solution for your needs.

**SkyDeck USA, LLC is an independent company and is not affiliated with, sponsored by, authorized by, or endorsed by Tile Tech, Inc., Kronos USA, Inc., Hanover Architectural Products, Bison Innovative Products, or any other competing manufacturer referenced on this website.
Any third-party trademarks, brand names, product names, or logos shown or mentioned on this site are used solely for identification and comparison purposes to assist customers in evaluating available products and systems. All such marks remain the property of their respective owners.